| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leon D Bayer<br>1055 Wilshire Blvd, Suite 1900<br>Los Angeles, CA 90017<br><br>213-629-8801<br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY

| In re:<br><br>Kim A. Ray and Fred O Ray<br><br><br><br>Debtor(s). | CASE NO.: 1:11-bk-18891-MT<br><br>CHAPTER: 13<br><br><br>ADVERSARY NUMBER: 1:15-ap-01017-MT |
|---|---|
| Kim A. Ray<br>**(See Attachment A for names of additional plaintiffs)**<br><br>Plaintiff(s)<br>Versus<br><br>Northridge Park HOA<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **03/30/2015.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **May 6, 2015** |
| **Time:** | **11:00 AM** |
| **Hearing Judge:** | **Maureen Tighe** |
| **Location:** | **21041 Burbank Blvd, Crtrm 302, Woodland Hills, CA 91367** |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Case 1:15-ap-01017-MT    Doc 2    Filed 02/27/15    Entered 02/27/15 10:30:21    Desc
AP-Summons    Page 2 of 4

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: February 27, 2015

By:      "s/" Julie Cetulio

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                          Page 2                          **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Kim A. Ray<br>Fred O. Ray | Northridge Park HOA |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____   _____   _____
Date                    Printed Name                         Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 7004–1.SUMMONS.ADV.PROC**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re: | CASE NO.:<br><br>ADVERSARY CASE NO.:<br><br>CHAPTER: SELECT CHAPTER |
|---|---|
| Debtor(s). | |

|  | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)** |
|---|---|
| Plaintiff(s).<br><br>vs.<br><br>Defendant(s). | DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1.  Have all parties been served?                                                  ☐ Yes   ☐ No

2.  Have all parties filed and served answers to the complaint/counter-complaints/etc.?   ☐ Yes   ☐ No

3.  Have all motions addressed to the pleadings been resolved?                ☐ Yes   ☐ No

4.  Have counsel met and conferred in compliance with LBR 7026-1?          ☐ Yes   ☐ No

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (*or on attached page*):


B.  <u>**READINESS FOR TRIAL**</u>:

1.  When will you be ready for trial in this case?
    <u>Plaintiff</u>                           <u>Defendant</u>


2.  If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
    <u>Plaintiff</u>                           <u>Defendant</u>


3.  When do you expect to complete <u>your</u> discovery efforts?
    <u>Plaintiff</u>                           <u>Defendant</u>


4.  What additional discovery do you require to prepare for trial?
    <u>Plaintiff</u>                           <u>Defendant</u>


C.  <u>**TRIAL TIME**</u>:

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
    <u>Plaintiff</u>                           <u>Defendant</u>


2.  How many witnesses do you intend to call at trial (*including opposing parties*)?
    <u>Plaintiff</u>                           <u>Defendant</u>


3.  How many exhibits do you anticipate using at trial?
    <u>Plaintiff</u>                           <u>Defendant</u>

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

D. **PRETRIAL CONFERENCE**:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>Pretrial conference ☐ is ☐ is not requested<br>Reasons:</td><td>Pretrial conference ☐ is ☐ is not requested<br>Reasons:</td></tr>
</table>

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>Pretrial conference should be set <u>after</u>:</td><td>Pretrial conference should be set <u>after</u>:</td></tr>
<tr><td>(date) _____</td><td>(date) _____</td></tr>
</table>

E. **SETTLEMENT**:

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?    ☐ Yes    ☐ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>☐ Yes    ☐ No</td><td>☐ Yes    ☐ No</td></tr>
</table>

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F 7016-1.STATUS.REPORT

**F.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: _____                           Date: _____

_____             _____
Printed name of law firm                       Printed name of law firm


_____             _____
Signature                                      Signature

_____             _____
Printed name                                   Printed name

Attorney for: _____             Attorney for: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT LBR 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                *Printed Name*                              *Signature*

_____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

JON D. CERETTO
Executive Officer
Clerk of Court



### RE: REVISED INFORMATION REGARDING THE LOS ANGELES COUNTY BAR ASSOCIATION/PUBLIC COUNSEL BANKRUPTCY PRO BONO PROGRAM

The Los Angeles County Bar Association, in conjunction with Public Counsel, has implemented a Bankruptcy Pro Bono Program in the Los Angeles and San Fernando Valley divisions. Currently, this program is available only for defendants in § 523 non-dischargeability adversary proceedings who cannot afford an attorney. If the defendant cannot afford an attorney, he or she may apply for free legal representation with Public Counsel. All applicants will first be screened for eligibility. If found eligible, an attorney may be found who will represent the applicant in the § 523 non-dischargeability adversary proceeding free of charge.

To apply for legal representation under this program or for additional information, please contact Public Counsel. For contact information, please see the "Notice to Defendants of Availability of Los Angeles County Bar Association/Public Council Bankruptcy Pro Bono Program." The most current version of this notice can be obtained from our web site at www.cacb.uscourts.gov. To access the notice, double click on the "Pro Bono Program" button on the left-hand side of our web site. Then select the file named DAP.PDF. Do not contact the Clerk's Office for information regarding your eligibility for this program.

Plaintiffs in § 523 non-dischargeability adversary proceedings filed in the Los Angeles and San Fernando Valley divisions will be required to serve a notice of the availability of the above program on the defendants along with the Summons and Notice of Status Conference and to provide proof of such service with the Court. A sample of the notice of the availability of the program is attached to this Public Notice.

**JON D. CERETTO
CLERK OF COURT**

98-015

Edward R. Roybal Federal Building and Courthouse ◆ 155 East Temple Street ◆ Suite 1200 ◆ Los Angeles, California 90012

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

### Public Counsel's

### Debtor Assistance Project Hotline

### (213) 385-2977, ext. 704



**35TH ANNIVERSARY**

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

## Open Adversary Case

### U.S. Bankruptcy Court

### Central District Of California

2/26/15

Notice of Electronic Filing

The following transaction was received from Leon D Bayer entered on 2/26/2015 at 12:12 PM PST and
filed on 2/26/2015

**Case Name:**          Ray et al v. Northridge Park HOA
**Case Number:**        1:15-ap-01017-MT
**Document Number:** 1
**Case Name:**          Kim A. Ray and Fred O Ray
**Case Number:**        1:11-bk-18891-MT
**Document Number:** 89

**Docket Text:**
Adversary case 1:15-ap-01017. Complaint by Kim A. Ray, Fred O. Ray against Northridge Park HOA.
(Charge To Estate). *with case commencement coversheet, unexecuted summons, and proof of service*
Nature of Suit: (65 (Dischargeability - other)),(21 (Validity, priority or extent of lien or other interest in
property)),(91 (Declaratory judgment)) (Bayer, Leon)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Ray Kim Adversary Commencement001.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=2/26/2015] [FileNumber=78154069-
0] [cd7d32d0a13ab82663ae2edec23e7da4e0968ab95f073b3fd5af2bdd60dd060f88
df9afa3a13ac7c268c5c87b0add18d64d43fb4dffb8436eb4dc24d58fd922d]]
**Document description:** Main Document
**Original filename:** Ray Kim Adversary Commencement001.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=2/26/2015] [FileNumber=78154070-
0] [039a61934410f115b421de1c4b608390134807ba5033ae267e42720f9db277bb57
5741106353814ab043c2298291fab756959a002e39f45d184ad570c9f659a0]]

**1:15-ap-01017-MT Notice will be electronically mailed to:**

Leon D Bayer on behalf of Plaintiff Fred O. Ray
bkcyattys@aol.com, bwlecf@gmail.com

Leon D Bayer on behalf of Plaintiff Kim A. Ray
bkcyattys@aol.com, bwlecf@gmail.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:15-ap-01017-MT Notice will not be electronically mailed to:**

Northridge Park HOA
PO Box 45427
San Francisco, CA 94145-5427


**1:11-bk-18891-MT Notice will be electronically mailed to:**

Patti H Bass on behalf of Creditor HSBC Bank Nevada, N.A.
ecf@bass-associates.com

Leon D Bayer on behalf of Debtor Kim A. Ray
bkcyattys@aol.com, bwlecf@gmail.com

Leon D Bayer on behalf of Joint Debtor Fred O Ray
bkcyattys@aol.com, bwlecf@gmail.com

Leon D Bayer on behalf of Plaintiff Fred O. Ray
bkcyattys@aol.com, bwlecf@gmail.com

Leon D Bayer on behalf of Plaintiff Kim A. Ray
bkcyattys@aol.com, bwlecf@gmail.com

Ben G Gage on behalf of Creditor Cab West LLC
bgage@cookseylaw.com

Merdaud Jafarnia on behalf of Creditor Bank of New York Mellon, f/k/a Bank of New York, as Trustee,
on behalf of the registered holders of Alternative Loan Trust 2006-OA7, Mortgage Pass-Through
Certificates Series 2006-OA7
bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com

Elizabeth (SV) F Rojas (TR)
cacb_ecf_sv@ch13wla.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Bill Taylor on behalf of Creditor SELECT PORTFOLIO SERVICING, INC.
ecfnotices@4stechnologies.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Kristin S Webb on behalf of Interested Party Courtesy NEF
bknotice@rcolegal.com

Edward T Weber on behalf of Interested Party Courtesy NEF
bknotice@rcolegal.com

**1:11-bk-18891-MT Notice will not be electronically mailed to:**

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
POB 41067
NORFOLK, VA 23541

FORM B104  (08/07)                                                                    2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>Kim A. Ray<br>Fred O. Ray | DEFENDANTS<br>Northridge Park HOA |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Leon D. Bayer<br>Bayer, Wishman & Leotta, 1055 Wilshire Blvd Ste 1900<br>Los Angeles, CA 90017 | ATTORNEYS (If Known)<br>Unknown |

| PARTY (Check One Box Only)<br>☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor    ☐ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint to determine dischargeability Re: Northridge Park HOA debt pursuant to 11 U.S.C. § 1328(a)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☒ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

FORM B104 (08/07), page 2                                                    2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR**<br>Kim A. Ray & Fred O. Ray | **BANKRUPTCY CASE NO.**<br>1:11-bk-18891MT | |
| **DISTRICT IN WHICH CASE IS PENDING**<br>Central District of California | **DIVISIONAL OFFICE**<br>San Fernando Valley Division | **NAME OF JUDGE**<br>Maureen Tighe |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| **DATE**<br>2/26/15 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)**<br>Leon D. Bayer, Attorney for Plaintiffs |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

LEON D. BAYER, Bar No. 89027
BAYER, WISHMAN & LEOTTA
Attorneys at Law
1055 Wilshire Blvd
Suite 1900
Los Angeles, CA  90017
(213) 629-8801 Telephone
(213) 629-8802 Facsimile

Attorney for Plaintiffs
KIM A. RAY
FRED O. RAY

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No.   1:11-bk-18891-MT |
| | ) |
| KIM A. RAY | ) Chapter 13 |
| FRED O. RAY, | ) |
| | ) Adversary No. |
| Debtor. | ) |
| | ) COMPLAINT TO DETERMINE |
| KIM A. RAY | ) DISCHARGEABILITY RE. NORTHRIDGE |
| FRED O. RAY, | ) PARK HOA PURSUANT TO 11 U.S.C. |
| | ) §1328(a) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) COURT DATE:  [to be set] |
| NORTHRIDGE PARK HOA | ) COURT TIME:  [to be set] |
| | ) COURTROOM:  302, 3rd Floor |
| Defendant(s). | )        21041 Burbank Boulevard |
| | )        Woodland Hills, CA 91367 |

Plaintiffs, KIM A. RAY and FRED O. RAY ("Plaintiffs"), by and through their counsel of

record, hereby allege as follows:                          INTRODUCTION

This is an adversary proceeding brought by Plaintiffs in order to determine the

dischargeability of homeowner association dues secured by a covenant on real property

abandoned by Plaintiffs, but to which they hold bare legal title.

## JURISDICTION, VENUE AND PARTIES

1.      This adversary proceeding arises out of and is related to the above-captioned Chapter 13 case, *In re the matter Of Kim A. Ray and Fred O. Ray*, case number 1:11-bk-18891-MT, now pending in this United States Bankruptcy Court.

2.      This complaint involves a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2). The court has jurisdiction in this adversary proceeding pursuant to 28 USC §§157, 1334; 28 USC §157(b), and General Order No. 266 of the United States District Court for the Central District of California.

3.      Venue for this adversary proceeding is proper pursuant to 28 U.S.C. § 1409(a).

## GENERAL ALLEGATIONS

4.      This Chapter 13 case was filed on July 25, 2011 and Elizabeth Rojas is the appointed Chapter 13 Trustee; the proposed Chapter 13 plan filed concurrently with the case proposes to pay allowed unsecured claimants 0%.

5.      Plaintiffs own a parcel of real property commonly known as: 11847 Eddleston Drive, Porter Ranch, CA 91326 (the "Property").

6.      Plaintiffs surrendered and abandoned said real property concurrently with the filing of their bankruptcy.  Attached as Exhibit A copy of Debtors' Amended Plan (EOD# 49), filed on June 25, 2012 and confirmed on July 9, 2012.  Plaintiffs merely hold bare legal title to said property.

7.      Plaintiffs took title to said real property subject to covenants, conditions and restrictions ("CC&R's") for the benefit of Northridge Park HOA ("Defendant").  Pursuant to the CC&R's, Defendant may enforce covenants against said real property by recovery of damages or by filing a lien against the property.

8.      As of May 1, 2014, Northridge Park HOA ("Defendant") continues to bill Plaintiff for ongoing post-petition homeowner's association dues.  A copy of Defendant's bill is attached as Exhibit B in violation of Plaintiffs' discharge under 11 U.S.C. § 1328(a).

-2-

9.      To resolve whether Mr. and Mrs. Ray must include ongoing association

assessments in their plan, the court must determine whether the assessments are a debt owed

to the Defendant as contemplated by the discharge provision under 11 U.S.C § 1328(a).  If so,

then the assessments are dischargeable—if not, Mr. and Mrs. Ray remain personally liable

and must provide for the assessments in their plan.

## CLAIM FOR RELIEF

[To Determine Dischargeability Re. Northridge Park HOA Pursuant To 11 U.S.C. §1328(a)]

10.      Plaintiff realleges and incorporates by reference each and every allegation

contained in paragraphs 1 through 8, inclusive, as if fully set for herein.

11.      In cases such as this one, where chapter 13 debtors have surrendered all

interests in real property but still hold bare legal title, courts are split on whether ongoing

assessments are dischargeable under 11 U.S.C. § 1328.

12.      Pursuant to 11 U.S.C. §1328(a), "…the court shall grant the debtor a discharge

of all *debts*…" (emphasis added) with certain exceptions pursuant to 11 U.S.C. § 523(a) that

are inapplicable here.[1]

13.      Read together, 11 U.S.C. 1328(a) and 11 U.S.C. § 523(a) state that a

homeowner's association debt is not excepted from discharge unless it is pursuant to section

727, 11451, 1128(a), 1228(b) or 1328(b).  Plaintiffs do not seek a discharge pursuant sections

727, 11451, 1128(a), 1228(b) or 1328(b).[2]

14.      Section 101(12) of the Bankruptcy Code defines "debt" as a "liability on a claim."

In turn, section 101(5)(A) defines "claim" as "[a] right to payment, whether or not such right is

reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed,

---

[1] 11 U.S.C.A. § 1328 (West).

[2] In re Coonfield, 517 B.R. 239, 244 (Bankr. E.D. Wash. 2014).

undisputed, legal, equitable, secured or unsecured." As the Supreme Court noted, "Congress chose expansive language in both definitions."[3]

15.    The post-petition assessments that are at issue here are merely the 'contingent', 'unmatured' portion of Plaintiff's prepetition debt.

16.    While there is no controlling authority on point, three cases exist that contain persuasive language on similar facts.

17.    In *Foster v. Double R Ranch Ass'n (In re Foster)*, the Bankruptcy Appellate Panel ("BAP") concluded that "HOA dues assessed and owed after the order for relief were not dischargeable *as long as the debtors continued to reside on the property.*"[4] This language is echoed by the case of *In re Colon*, decided by a Utah Bankruptcy Court.[5]

18.    In reaching its decision, the Foster Court relied on Washington law. Consistent with this decision, three years later in Washington, its Bankruptcy Court decided *In re Coonfield* which held that debtors "need not divest themselves of legal title to avoid personal liability for ongoing assessments."[6]

19.    As a result of the foregoing, Plaintiffs seek an order from the Court which declares Plaintiff's post-petition homeowner's association dues are dischargeable.

20.    If Debtors prevail on this complaint, the debt owed to Defendant will be discharged if they receive a discharge pursuant to 11 U.S.C. § 1328(a).

21.    Plaintiff's HOA dues which accrued after the date the property was surrendered are deemed an unsecured claim without priority as to debtors in this Chapter 13 estate.

---

[3] Id. at 242.

[4] In re Foster, 435 B.R. 650, 655 (B.A.P. 9th Cir. 2010).

[5] In re Colon, 465 B.R. 657, 662 (Bankr. D. Utah 2011)

[6] In re Coonfield, supra note 2 at 241.

Main Document      Page 21 of 39

22.     Defendant has not filed a Proof of Claim in Plaintiffs' bankruptcy case.  Thus, even arguendo if its claim is dischargeable, they have been violating the automatic stay pursuant to 11 U.S.C. § 362(a)(4) by continuing to send Plaintiffs monthly bills.[7]

WHEREFORE, Plaintiffs pray for the following:

1.     That judgment is entered in favor of Plaintiff and against Defendant, to determine the dischargeability of the debt owed to Defendant pursuant to 11 U.S.C. § 1328(a);

2.     For such other and further relief as this Court deems just.


DATED: _2/26/15_                      BAYER, WISHMAN & LEOTTA
                                      Attorneys at Law



                                      By_____
                                         LEON D. BAYER
                                         Attorney for Plaintiffs
                                         KIM A. RAY
                                         FRED O. RAY

---

[7] 11 U.S.C.A. § 362(a)(4) (West).

-5-

# EXHIBIT A

| Name | Gail J. Higgins |
|---|---|
| Address | Higgins Law Firm |
| | 433 N Camden Drive 6th FL |
| | Beverly Hills, CA 90210 |

| Telephone | (310) 279-5269 | (FAX) | (310) 388-1018 |
|---|---|---|---|
| Email Address | ghigginse@aol.com | | |

■ Attorney for Debtor
State Bar No.  164989

☐ Debtor(s) in Pro Se     (Any reference to the singular shall include the plural in the case of joint debtors.)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names (including trade names) used by the debtor within the last 8 years: | Chapter 13 Case No. 1:11-bk-18891 |
|---|---|
| Kim A. Ray | **AMENDED**<br>**CHAPTER 13 PLAN** |
| Fred O Ray | |
| | **CREDITORS MEETING:**<br>Date:    9/07/11<br>Time:    9/7/11<br>Place:   RM 105, 21051 Warner Center Lane,Woodland Hills, CA 91367.<br>**CONFIRMATION HEARING:**<br>Date:    6/26/12<br>Time:    9:30 a.m.<br>Place:   Crtrm 302, 21041 Burbank Blvd,Woodland Hills, |

## NOTICE

This Chapter 13 Plan is proposed by the above Debtor. The Debtor attests that the information stated in this Plan is accurate. Creditors cannot vote on this Plan. However, creditors may object to this Plan being confirmed pursuant to 11 U.S.C. § 1324. Any objection must be in writing and must be filed with the court and served upon the Debtor, Debtor's attorney (if any), and the Chapter 13 Trustee not less than 7 days before the date set for the meeting of creditors. Unless an objection is filed and served, the court may confirm this Plan. The Plan, if confirmed, modifies the rights and duties of the Debtor and creditors to the treatment provided in the Plan as confirmed, with the following IMPORTANT EXCEPTIONS:

Unless otherwise provided by law, each creditor will retain its lien until the earlier of payment of the underlying debt determined under non-bankruptcy law or discharge under 11 U.S.C.§1328. If the case under this chapter is dismissed or converted without completion of the Plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.

Defaults will be cured using the interest rate set forth below in the Plan. Any ongoing obligation will be paid according to the terms of the Plan.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                        **F3015-1.1**



**HOLDERS OF SECURED CLAIMS AND CLASS 1 CLAIMANTS WILL BE PAID ACCORDING TO THIS PLAN AFTER CONFIRMATION UNLESS THE SECURED CREDITOR OR CLASS 1 CLAIMANT FILES A PROOF OF CLAIM IN A DIFFERENT AMOUNT THAN THAT PROVIDED IN THE PLAN.** If a secured creditor or a class 1 creditor files a proof of claim, that creditor will be paid according to that creditor's proof of claim, unless the court orders otherwise.

**HOLDERS OF ALL OTHER CLAIMS MUST TIMELY FILE PROOFS OF CLAIMS, IF THE CODE SO REQUIRES, OR THEY WILL NOT BE PAID ANY AMOUNT.** A Debtor who confirms a Plan may be eligible thereafter to receive a discharge of debts to the extent specified in 11 U.S.C. § 1328.

The Debtor proposes the following Plan and makes the following declarations:

I.    **PROPERTY AND FUTURE EARNINGS OR INCOME SUBJECT TO THE SUPERVISION AND CONTROL OF THE CHAPTER 13 TRUSTEE:**

The Debtor submits the following to the supervision and control of the Chapter 13 Trustee:

A.    Payments by Debtor of **$3,014.90** per month for **60** months.  This monthly Plan Payment will begin within 30 days of the date the petition was filed.

B.    The base plan amount is $ **180,894.00**  which is estimated to pay  **0** % of the allowed claims of nonpriority unsecured creditors. If that percentage is less than 100%, the Debtor will pay the Plan Payment stated in this Plan for the full term of the Plan or until the base plan amount is paid in full, and the Chapter 13 Trustee may increase the percentage to be paid to creditors accordingly.

C.    Amounts necessary for the payment of post-petition claims allowed under 11 U.S.C. § 1305.

D.    Preconfirmation adequate protection payments for any creditor who holds an allowed claim secured by personal property where such security interest is attributable to the purchase of such property and preconfirmation payments on leases of personal property whose allowed claim is impaired by the terms proposed in the plan. Preconfirmation adequate protection payments and preconfirmation lease payments will be paid to the Chapter 13 Trustee for the following creditor(s) in the following amounts:

| Creditor/Lessor Name | Collateral Description | Last 4 Digits of Account # | Amount |
|---|---|---|---|
| -NONE- | | | |

Each adequate protection payment or preconfirmation lease payment will commence on or before the 30th day from the date of filing of the case. The Chapter 13 Trustee shall deduct the foregoing adequate protection payment(s) and/or preconfirmation lease payment from the Debtor's Plan Payment and disburse the adequate protection payment or preconfirmation lease payment to the secured(s) creditor(s) at the next available disbursement or as soon as practicable after the payment is received and posted to the Chapter 13 Trustee's account. The Chapter 13 Trustee will take his or her statutory fee on all disbursements made for preconfirmation adequate  protection payments or preconfirmation lease payments.

E.    Other property:  (specify property or indicate none)
      **NONE**

**II.    ORDER OF PAYMENTS; CLASSIFICATION AND TREATMENT OF CLAIMS:**

Except as otherwise provided in the plan or by court order, the Chapter 13 Trustee shall disburse all available funds for the payment of claims as follows:

A.    ORDER OF PAYMENTS:

1.    If there are Domestic Support Obligations, the order of priority shall be:

(a)    Domestic Support Obligations and the Chapter 13 Trustee's fee not exceeding the amount accrued on payments made to date;

(b)    Administrative expenses (Class 1(a)) in an amount not exceeding _____% of each Plan Payment until paid in full;

2.    If there are no Domestic Support Obligations, the order of priority shall be the Chapter 13 Trustee's fee not exceeding the amount accrued on payments made to date, and administrative expenses (Class 1(a)) in an amount not exceeding __100_% of each Plan Payment until paid in full.

3.    Notwithstanding 1 and 2 above, ongoing payments on secured debts that are to be made by the Chapter 13 Trustee from the Plan Payment; such secured debt may be paid by the Chapter 13 Trustee commencing with the inception of Plan Payments.

4.    Subject to 1, 2, and 3 above, pro rata to all other claims except as otherwise provided in the Plan.

5.    No payment shall be made on nonpriority unsecured claims until all secured and priority claims have been paid in full.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009                                                                                    F3015-1.1

Chapter 13 Plan (Rev. 12/09) - Page 4                                2009 USBC, Central District of California

B.    CLASSIFICATION AND TREATMENT OF CLAIMS:

| CLASS 1 | | | | | |
|---|---|---|---|---|---|
| **ALLOWED UNSECURED CLAIMS ENTITLED TO PRIORITY UNDER 11 U.S.C. §507** | | | | | |
| The Debtor will pay Class 1 claims in full; except the debtor may provide for less than full payment of Domestic Support Obligations pursuant to 11 U.S.C. §1322(a)(4). | | | | | |
| **CATEGORY** | **AMOUNT OF PRIORITY CLAIM** | **INTEREST RATE, if any** | **MONTHLY PAYMENT** | **NUMBER OF MONTHS** | **TOTAL PAYMENT** |
| a.   Administrative Expenses | | | | | |
| (1)   Chapter 13 Trustee's Fee – estimated at 11% of all payments to be made to all classes through this Plan. | | | | | |
| (2)   Attorney's Fees | | | | | |
| (3)   Chapter 7 Trustee's Fees | | | | | |
| (4)   Other | | | | | |
| b.   Other Priority Claims | | | | | |
| (1)   Internal Revenue Service | | | | | |
| Internal Revenue Service | $9,738.00 | 0% | $216.40 | 45 | $9,738.00 |
| Internal Revenue Service | $4,078.00 | 0% | $90.62 | 45 | $4,078.00 |
| Internal Revenue Service | $11,372.00 | 0% | $252.71 | 45 | $11,372.00 |
| Internal Revenue Service | $68,714.42 | 0% | $1,526.99 | 45 | $68,714.42 |
| (2)   Franchise Tax Board | | | | | |
| Franchise Tax Board | $12,823.01 | 0% | $284.96 | 45 | $12,823.01 |
| Franchise Tax Board | $4,057.00 | 0% | $90.16 | 45 | $4,057.00 |
| Franchise Tax Board | $5,645.00 | 0% | $125.44 | 45 | $5,645.00 |
| Franchise Tax Board | $829.00 | 0% | $18.42 | 45 | $829.00 |
| Franchise Tax Board | $829.00 | 0% | $18.42 | 45 | $829.00 |
| Franchise Tax Board | $2,413.00 | 0% | $53.62 | 45 | $2,413.00 |
| Franchise Tax Board | $751.00 | 0% | $16.69 | 45 | $751.00 |
| (3)   Domestic Support Obligation | | | | | |
| (4)   Other | | | | | |
| Internal Revenue Service | $0.00 | 0% | $0.00 | 0 | $0.00 |
| c.   Domestic Support Obligations that are not to be paid in full in the Plan (Specify Creditor Name): | | | | | |
| | | | | | |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                        **F3015-1.1**

## CLASS 2

### CLAIMS SECURED SOLELY BY PROPERTY THAT IS THE DEBTOR'S PRINCIPAL RESIDENCE ON WHICH OBLIGATION MATURES <u>AFTER</u> THE FINAL PLAN PAYMENT IS DUE

1. ☐    The post-confirmation monthly mortgage payment will be made by the Chapter 13 Trustee from the Plan Payment to:

2. ☐    The post-confirmation monthly mortgage payment will be made by the Debtor directly to:

_____                _____
(name of creditor)                                            (last 4 digits of account number)

_____                _____
(name of creditor)                                            (last 4 digits of account number)

**The Debtor will cure all prepetition arrearages for the primary residence through the Plan Payment as set forth below.**

| Name of Creditor | Last Four Digits of Account Number | Cure of Default | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT OF ARREARAGE | INTEREST RATE | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
| | | | | | | |
| | | | | | | |

## CLASS 3

### CLAIMS SECURED BY REAL OR PERSONAL PROPERTY WHICH ARE PAID IN FULL DURING THE TERM OF THE PLAN

| Name of Creditor | Last Four Digits of Account No. | CLAIM TOTAL | SECURED CLAIM AMOUNT | INTEREST RATE | Equal Monthly Payment | NUMBER OF MONTHS | TOTAL PAYMENT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Bank of America | | $28,640.58 | $28,640.58 | 0.00 | $1,790.04 | 16 | $28,640.58 |
| Ford Motor Credit Corporation | | $13,077.00 | $13,077.00 | 0.00 | $817.31 | 16 | $13,077.00 |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                **F3015-1.1**

Case 1:15-ap-01017-MT   Doc 3   Filed 03/02/15   Entered 03/02/15 09:28:30   Desc
Case 1:11-bk-18891-MT   Doc 49   Filed 06/25/12   Entered 06/25/12 06:33:09   Desc
Main Document    Page 6 of 8

Chapter 13 Plan  (Rev. 12/09) - Page 6                                    2009 USBC, Central District of California

Main Document    Page 28 of 39

## CLASS 4

### OTHER SECURED CLAIMS ON WHICH THE LAST PAYMENT IS DUE AFTER THE DATE ON WHICH THE FINAL PAYMENT UNDER THE PLAN IS DUE

1. ☐    The post-confirmation monthly payment pursuant to the promissory note will be made by the Chapter 13 Trustee from the Plan Payment to:

2. ☐    The post-confirmation monthly payment pursuant to the promissory note will be made by the Debtor directly to:

_____                    _____
        (name of creditor)                                  (last 4 digits of account number)

_____                    _____
        (name of creditor)                                  (last 4 digits of account number)

**The Debtor will cure all prepetition arrearages on these claims through the Plan Payment as set forth below.**

| | | Cure of Default | | | | |
|---|---|---|---|---|---|---|
| Name of Creditor | Last Four Digits of Account Number | AMOUNT OF ARREARAGE | INTEREST RATE | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
| | | | | | | |
| | | | | | | |

## CLASS 5

### NON-PRIORITY UNSECURED CLAIMS

Debtor estimates that non-priority unsecured claims total the sum of  **$212,116.65** .
Class 5 claims will be paid as follows:

(Check one box only.)

■       Class 5 claims (including allowed unsecured amounts from Class 3) are of one class and will be paid pro rata.

OR

☐       Class 5 claims will be divided into subclasses as shown ~~on the attached exhibit~~ *directly below* (which also shows the justification for the differentiation among the subclasses) and the creditors in each subclass will be paid pro rata.

## III.   COMPARISON WITH CHAPTER 7

The value as of the effective date of the Plan of property to be distributed under the Plan on account of each allowed claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under chapter 7 of the Bankruptcy Code on such date. The amount distributed to nonpriority unsecured creditors in chapter 7 would be $ **0.00** which is estimated to pay **0** % of the scheduled nonpriority unsecured debt.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                    **F3015-1.1**

Case 1:15-ap-01017-MT    Doc 3    Filed 03/02/15    Entered 03/02/15 09:28:30    Desc
Case 1:11-bk-18891-MT    Doc 18    Filed 06/25/12    Entered 06/25/12 06:33:09    Desc
Main Document    Page 7 of 8

Chapter 13 Plan (Rev. 12/09) - Page 7    2009 USBC, Central District of California

## IV.  PLAN ANALYSIS

| | |
|---|---|
| CLASS 1a | $0.00 |
| CLASS 1b | $121,249.43 |
| CLASS 1c | $0.00 |
| CLASS 2 | $0.00 |
| CLASS 3 | $41,717.58 |
| CLASS 4 | $0.00 |
| CLASS 5 | $0.79 |
| SUB-TOTAL | $162,967.80 |
| CHAPTER 13 TRUSTEE'S FEE (Estimated  11% unless advised otherwise) | $17,926.20 |
| TOTAL PAYMENT | $180,894.00 |

## V.  OTHER PROVISIONS

A.  The Debtor rejects the following executory contracts and unexpired leases.
Name of Other Party:               Description of contract/lease:
AT&T Wireless                      Cell

B.  The Debtor assumes the executory contracts or unexpired leases set forth in this section. As to each contract or lease assumed, any defaults therein and Debtor's proposal for cure of said default(s) is described in Class 4 of this Plan. The Debtor has a leasehold interest in personal property and will make all post-petition payments directly to the lessor(s):
Name of Other Party:               Description of contract/lease:
Xerox Corporation                  Xerox machine #220.52

C.  In addition to the payments specified in Class 2 and Class 4, the Debtor will make regular payments, including any preconfirmation payments, directly to the following:
Creditor Name:                     Monthly Payment:
-NONE-

D.  The Debtor hereby surrenders the following personal or real property. (Identify property and creditor to which it is surrendered.)
Creditor Name:                     Description:
BAC Home Loans                     11847 Eddleston Drive, Porter Ranch, CA
BAC Home Loans                     11847 Eddleston Drive, Porter Ranch, CA
Los Angeles County Tax Collector   Property Taxes

E.  The Debtor shall incur no debt greater than $500.00 without prior court approval unless the debt is incurred in the ordinary course of business pursuant to 11 U.S.C. §1304(b) or for medical emergencies.

F.  Miscellaneous provisions: (Use Attachment, if necessary)
All tax refunds for 1st 3 yrs into plan.
Jugment proceeds of lawsuit, if collected, into plan

G.  The Chapter 13 Trustee is authorized to disburse funds after the date confirmation is announced in open court.

H.  The Debtor will pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they come due.

    I.   The Debtor will pay all amounts required to be paid under a Domestic Support Obligation that first became payable after the date of the filing of the petition.

## VI.   REVESTING OF PROPERTY

Property of the estate shall not revest in the Debtor until such time as a discharge is granted or the case is dismissed or closed without discharge. Revestment shall be subject to all liens and encumbrances in existence when the case was filed, except those liens avoided by court order or extinguished by operation of law. In the event the case is converted to a case under chapter 7, 11, or 12 of the Bankruptcy Code, the property of the estate shall vest in accordance with applicable law. After confirmation of the Plan, the Chapter 13 Trustee shall have no further authority or fiduciary duty regarding use, sale, or refinance of property of the estate except to respond to any motion for proposed use, sale, or refinance as required by the Local Bankruptcy Rules. Prior to any discharge or dismissal, the Debtor must seek approval of the court to purchase, sell, or refinance real property.

Dated:   **June 22, 2012**

                      /s/ Gail J. Higgins

                            **Gail J. Higgins**
                             **164989**
                          Attorney for Debtor(s)

                      /s/ Kim A. Ray

                            **Kim A. Ray**
                          Debtor

                      /s/ Fred O Ray

                            **Fred O Ray**
                          Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                  **F3015-1.1**

# EXHIBIT B

# LORDON MANAGEMENT
1275 CENTER COURT DRIVE, COVINA, CA 91724-3695

**Questions?**   Call: (626) 967-7921

Northridge Park HOA

# Account Statement

May 2014

| | |
|---|---|
| ACCOUNT NO: | 116000830 |
| CLOSING DATE: | 04/22/2014 |
| AMOUNT DUE | 4,998.36 |
| DUE DATE: | 05/01/2014 |
| PROPERTY: | 11847 Eddleston Drive |
| | Northridge, CA 91326 |

Kimberly A. Ray
12844 Sarah Street
Studio City, CA 91604

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Previous Balance | 4,446.36 |
| 03/31/2014 | Maintain landscape December | 100.00 |
| 03/31/2014 | Maintain landscape February | 100.00 |
| 03/31/2014 | Maintain landscape March | 100.00 |
| 04/01/2014 | April- Maintain landscape | 100.00 |
| 04/01/2014 | Late Charge Mar | 10.00 |
| 04/22/2014 | Regular May | 142.00 |
| | New Balance | 4,998.36 |

## IMPORTANT INFORMATION

All payments should go to P.O. Box 45427, San Francisco, CA 94145-5427. Payments are due on the 1st of the month and will be
considered late and subject to a late fee penalty of $10.00 if not received on or before the 30th of that month at the Union Bank lockbox
or Lordon's corporate office.
Please address all Accounting inquiries to Lordon Management Company, 1275 Center Court Drive, Covina, CA 91724-3695. All
payments should go to P.O. Box 45427, San Francisco, CA 94145-5427

Return this portion with check payable to Northridge Park HOA

# LORDON MANAGEMENT
1275 CENTER COURT DRIVE, COVINA, CA 91724-3695

| | |
|---|---|
| ACCOUNT NO: | 116000830 |
| AMOUNT DUE: | 4,998.36 |
| DUE DATE | 05/01/2014 |

## Payment Slip

AMOUNT ENCLOSED      $

Kimberly A. Ray
12844 Sarah Street
Studio City, CA 91604

Northridge Park HOA
c/o Lordon Management
P O Box 45427
San Francisco, CA 94145-5427

0225011649495448484856514832324997836499836050120143

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LEON D. BAYER, Bar No. 89027<br>BAYER, WISHMAN & LEOTTA<br>Attorneys at Law<br>1055 Wilshire Blvd, Ste 1900<br>Los Angeles, CA 90017<br>(213) 975-1444<br>(213) 975-1443 Fax<br>Bkcyattys@aol.com | |
| *Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Kim A. Ray<br>Fred O. Ray<br><br>Debtor(s). | CASE NO.: 1:11-bk-18891-MT<br><br>CHAPTER: 13<br><br>ADVERSARY NUMBER: |
|---|---|
| Kim A. Ray<br>Fred O. Ray<br><br>Plaintiff(s)<br>Versus<br>Northridge Park HOA<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING  [LBR 7004-1]** |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____ | **Place:** |
|---|---|
| **Time:** _____ | 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** _____ | 3420 Twelfth Street, Riverside, CA 92501 |
| | 411 West Fourth Street, Santa Ana, CA 92701 |
| | 1415 State Street, Santa Barbara, CA 93101 |
| | 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 1                         F 7004-1.SUMMONS.ADV.PROC

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS. REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____     _____     _____
*Date*                                    *Printed Name*                                   *Signature*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

   BAYER, WISHMAN & LEOTTA, 1055 WILSHIRE BLVD, STE 1900, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): Adversary Proceeding re: Complaint to
determine dischargeability re: Northridge HOA debt pursuant to 11 U.S.C. § 1328(a)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/26/2015         , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
   United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov
   Leon D Bayer    bkcyattys@aol.com, bwlecf@gmail.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*)   02/26/2015        , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
   Fred O Ray and Kim A. Ray, 12844 Sarah St, Studio City, CA 91604.
   * All parties and creditors on attached service list served via U.S. first class postal mail.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/26/2015        , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
   Honorable Judge Maureen Tighe, US Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Blvd, Ste 324, Woodland Hills, CA 91367.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/26/2015 | MEGAN CRAIG | /S/ MEGAN CRAIG |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Service List

Northridge Park HOA
Attn. Juli Tilton-Traylor, Agent for Service of Process
PO BOX 997
ORANGEVALE, CA 95662-0997 (Served via certified US postal mail)

Northridge Park HOA
c/o Lordon Management
PO Box 45427
San Francisco, CA 94145-5427 (Served via certified US postal mail)

BAC Home Loans (Courtesy- 1st and 2nd T.D.)
450 American St SV
Simi Valley, CA 93065 (Served via first class US postal mail)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

BAYER, WISHMAN & LEOTTA, 1055 WILSHIRE BLVD, STE 1900,  LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): Summons service executed w/ summons and notice of status conference in adverary proceeding LBR 7004-1; copy of joint status report; public counsel notices; Adversary Complaint w/ Exhibits A & B.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/02/2015          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth (SV) F Rojas (TR)    cacb ecf sv@ch13wla.com
United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov
Leon D Bayer      bkcyattys@aol.com, bwlecf@gmail.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 03/02/2015          , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fred O Ray and Kim A. Ray, 12844 Sarah St, Studio City, CA 91604.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/02/2015          , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Maureen Tighe, US Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Blvd, Ste 324, Woodland Hills, CA 91367.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/02/2015 | MEGAN CRAIG | /S/ MEGAN CRAIG |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

Service List

Northridge Park HOA
Attn. Juli Tilton-Traylor, Agent for Service of Process
PO BOX 997
ORANGEVALE, CA 95662-0997 (Served via certified US postal mail)

Northridge Park HOA
Attn. Juli Tilton-Traylor, Agent for Service of Process
c/o Lordon Management
PO Box 45427
San Francisco, CA 94145-5427 (Served via certified US postal mail)


BAC Home Loans (Courtesy- 1st and 2nd T.D.)
450 American St SV
Simi Valley, CA 93065 (Served via first class US postal mail)