Daniel J. Weintraub – Bar #132111
James R. Selth – Bar #123420
Elaine V. Nguyen – Bar #256432
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

Attorneys for Debtor and Defendant,
JULIO CARO

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| JULIO CARO, | Bankruptcy No. 1:14-bk-15561-VK |
| Debtor, | Adversary No. 1:15-ap-01039-VK |
| | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| MARC TOBEROFF, an individual, | Status Conference: |
| Plaintiff, | Date:    May 20, 2015 |
| vs. | Time:    1:30 p.m. |
| JULIO CARO, an individual, | Place:   Courtroom 301 |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Marc Toberoff ("Plaintiff") and Defendant, Julio Caro ("Defendant"), by and through their respective counsel, that due to a calendar conflict requiring Defendant's counsel to appear at a Chapter 11 confirmation hearing in the Fresno Bankruptcy Court on May 20, 2015, the Status Conference in the above-captioned

adversary case be continued from May 20, 2015 to June 17, 2015 or the next available date on the Court's calendar.

Dated: May 14, 2015          TOBEROFF & ASSOCIATES, P.C.

By: /s/ M. Toberoff
Marc Toberoff
Timothy Lamoureux
Attorneys for Plaintiff,
MARC TOBEROFF


Dated: May 14, 2015          WEINTRAUB & SELTH, APC

By: /s/
Daniel J. Weintraub
James R. Selth
Attorneys for Defendant,
JULIO CARO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 14, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amy L Goldman (TR)**    gabriela.garcia@lewisbrisbois.com, agoldman@ecf.epiqsystems.com
- **James R Selth**    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Marc Toberoff**    mtoberoff@toberoffandassociates.com, tlamoureux@toberoffandassociates.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 14, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery to Chambers of Hon. Victoria S. Kaufman, United States Bankruptcy Court, San Fernando Division

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 14, 2015 | Erika Rappaport | /s/ *Erika Rappaport* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**