**Daniel Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile:  (310) 442-0660**

Attorneys for Defendant, JULIO CARO

**FILED & ENTERED**

**MAY 15 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA — SAN FERNANDO DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JULIO CARO, | Case No. 1:14-bk-15561-VK |
| Debtor. | Adversary No. 1:15-ap-01039-VK |
| | **ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE** |
| MARC TOBEROFF, an individual, | Current Hearing Date: |
| Plaintiff, | Date:      May 20, 2015<br>Time:     1:30 p.m.<br>Place:     Courtroom 301 |
| vs. | Continued Hearing Date: |
| JULIO CARO, an individual,<br>Defendant. | Date:      June 17, 2015<br>Time:     1:30 p.m.<br>Place:     Courtroom 301 |

1

1  The Court, having considered the *Stipulation To Continue Status Conference*

2  ("Stipulation"), reflected on the docket as Docket #8 and for good cause appearing:

3  **IT IS HEREBY ORDERED** that the Status Conference currently set for May 20, 2015

4  is continued to June 17, 2015 at 1:30 p.m.

# # #

Date: May 15, 2015

Victoria S. Kaufman
United States Bankruptcy Judge