United States Bankruptcy Court
Central District of California

Toberoff,
    Plaintiff
                                                        Adv. Proc. No. 15-01039-VK

Caro,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-1        User: admin              Page 1 of 1             Date Rcvd: May 15, 2015
                             Form ID: pdf031       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2015.
dft          +Julio C Caro,    4711 Abbeyville Ave.,    Woodland Hills, CA 91364-3702
pla          +Marc Toberoff,   22337 Pacific Coast Highway #348,    Malibu, CA 90265-5030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
                                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2015                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2015 at the address(es) listed below:
            Amy L Goldman (TR)    gabriela.garcia@lewisbrisbois.com,   agoldman@ecf.epiqsystems.com
            James R Selth    on behalf of Interested Party   Courtesy NEF jim@wsrlaw.net,
            jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
            James R Selth    on behalf of Defendant Julio C Caro jim@wsrlaw.net,
            jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
            Marc Toberoff    on behalf of Plaintiff Marc Toberoff mtoberoff@toberoffandassociates.com,
            tlamoureux@toberoffandassociates.com
            United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                               TOTAL: 5

**Daniel Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**

Attorneys for Defendant, JULIO CARO

**FILED & ENTERED**

MAY 15 2015

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Pgarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA — SAN FERNANDO DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JULIO CARO, | Case No. 1:14-bk-15561-VK |
| Debtor. | Adversary No. 1:15-ap-01039-VK |
| | **ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE** |
| MARC TOBEROFF, an individual, | Current Hearing Date: |
| Plaintiff, | Date:    May 20, 2015<br>Time:    1:30 p.m.<br>Place:    Courtroom 301 |
| vs. | Continued Hearing Date: |
| JULIO CARO, an individual, | |
| Defendant. | Date:    June 17, 2015<br>Time:    1:30 p.m.<br>Place:    Courtroom 301 |

1

The Court, having considered the *Stipulation To Continue Status Conference* ("Stipulation"), reflected on the docket as Docket #8 and for good cause appearing:

**IT IS HEREBY ORDERED** that the Status Conference currently set for May 20, 2015 is continued to June 17, 2015 at 1:30 p.m.

### # # #

Date: May 15, 2015

Victoria S. Kaufman
United States Bankruptcy Judge

2