**BRUCE GREENFIELD**
1524 Thornhill Avenue
Westlake Village, CA 91361

telephone/fax (818) 312-5700

FILED

MAR 1 2 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: | Adversary Complaint No. 1:15-ap-01019-AA |
| Bruce Greenfield | Chapter 7 Bankruptcy Case No. 12-14013-AA |
|  |  |
| Bruce Greenfield | **PROOF OF SERVICE** |
| vs. |  |
| State Bar of California | ADDENDUM TO ADVERSARY COMPLAINT |

The attached - Declaration of Service - (re: Addendum to the "Amended" Adversary Complaint) - was mailed to all the attorney(s) on the Service List - (which is incorporated therein by reference) regarding above-entitled adversary action - Greenfield vs. State Bar - (Case No. 1:15-01019-AA).

Dated: March 11, 2015

Bruce Greenfield

_____

Bruce Greenfield

1 | **BRUCE GREENFIELD**
  | 1524 Thornhill Avenue
2 | Westlake Village, CA 91361

3 | telephone/fax (818) 312-5700

```
          FILED
        MAR - 4 2015
    CLERK U.S. BANKRUPTCY COURT
    CENTRAL DISTRICT OF CALIFORNIA
    BY:              Deputy Clerk
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| In re:                                    ) | Adversary Complaint No. 1:15-ap-01019-AA |
| Bruce Greenfield          Debtor    ) | Chapter 7 Bankruptcy Case No. 12-14013-AA |
|                                            ) | |
| Bruce Greenfield          Plaintiff ) | **ADDENDUM TO AMENDED** |
|                                            ) | **ADVERSARY COMPLAINT** |
|        vs.                              ) | |
|                                            ) | [11 U.S.C. Section 553 - "Setoff"] |
| State Bar of California   Defendant ) | |
|                                            ) | |

<u>ADDENDUM TO AMENDED ADVERSARY COMPLAINT</u>

The plaintiff submits this "Addendum to Amended Adversary Complaint" - (filed March 2, 2015).

The allegations which are set forth in the First, Second, Third, Fourth and Fifth "Claims for Relief are incorporated herein by reference thereto (as if set forth in full in this Addendum to Complaint).

The following additional allegations relate to the provisions of 11 U.S.C. Section 553 ("Set-off").

## ADDITIONAL ALLEGATIONS

### (Application of the provisions of 11 U.S.C. Section 553 ("Set-off"))

Since plaintiff has been <u>wrongfully</u> "involuntarily" <u>inactive</u> - for total of approximately 33 months: (during the combined time period - in which plaintiff/respondent has been <u>improperly</u> in "<u>default</u>") plaintiff has incurred <u>substantial</u> financial damage <u>and</u> loss of income - by inability to practice law.

This financial damage <u>and</u> loss of income greatly <u>exceeds</u> the $87,901.02 <u>sanctions</u> award - which plaintiff/respondent is improperly <u>and</u> invalidly required to pay - (as purported "restitution" of the <u>non</u>-existent "out of pocket" expenses of Gerald H. Davis) who <u>never</u> paid - his attorney - for any attorney's fees - which are the purported basis for the attorney's fees awarded under Sec. 1447(c).

Since Mr. Davis' attorney <u>cannot</u> recover on his <u>own</u> behalf - pursuant to the holding of the court in the similar case entitled <u>Pony vs. County of Los Angeles</u>, 433 F. 3d. 1138 (Ninth Circuit 2006); in accordance - with the provisions of 11 U.S.C. Section 553 - the plaintiff is entitled to "set-off" plaintiff's damage <u>and</u> losses against any sums allegedly owed by plaintiff - (for the <u>non</u>-existent) - "out of pocket" <u>expenses</u> ordered to be <u>reimbursed</u> - pursuant to <u>erroneous</u> order by Judge Platel.

Since these damages and losses <u>exceed</u> - the improper and unwarranted - 8/28/14 "state bar court" order by Judge Platel for the <u>sum</u> of $87,901.02 (plus 10% interest for seven years since 12/11/07) the plaintiff's damages and losses are <u>affirmative claims</u> alleged by plaintiff <u>against</u> the defendant: (and plaintiff's damages are requested to be awarded against the defendant State Bar of California)

Dated: March 4, 2015

*Bruce Greenfield*

_____

Bruce Greenfield

## Declaration of Service

I, the undersigned declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18. My residence address is 1524 Thornhill Ave. Westlake Village, CA

On March 11, 2015 – I served the following document upon the following individuals entitled to notice at the addresses below.

ADDENDUM TO "AMENDED" ADVERSARY COMPLAINT

Gary B. Rudolph, Esq.
550 West "C" Street
Suite 1500
San Diego, CA 92101

and

State Bar of California
Office of General Counsel
180 Howard Street
San Francisco, CA 94105

Attn: Danielle Lee

State Bar of California
Office of Chief Counsel
180 Howard Street
San Francisco, CA 94105

Attn: Allen Blumenthal

_X_    BY MAIL:    I placed a true copy in a sealed envelope addressed as indicated above.  I am aware that on motion of a party served, service is presumed invalid – if – postal cancellation date or postage meter date is more than one day after deposit for mailing.

I declare under penalty of perjury under laws of State of Calif. and United States of America foregoing is true and correct; and declaration executed March 11, 2015 at Westlake Village, CA.

_Bruce Greenfield_

Bruce Greenfield