| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Marc Toberoff (CA State Bar No. 188547)<br>mtoberoff@toberoffandassociates.com<br>Timothy Lamoureux (CA State Bar No. 294048)<br>tlamoureux@toberoffandassociates.com<br>Toberoff & Associates, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101<br><br>*Attorney for* Plaintiff, MARC TOBEROFF | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 25 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia   DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>JULIO CARO<br><br>Debtor(s). | CASE NO.:   1:14-bk-15561-VK<br><br>CHAPTER  7<br><br>ADVERSARY NO.:   1:15-ap-01039-VK |
|---|---|
| MARC TOBEROFF<br><br>Plaintiff(s),<br><br>vs.<br><br>JULIO CARO<br><br>Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This <u>Adversary Proceeding</u>, Marc Toberoff v. Julio Caro,
  (Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| <u>Mediator:</u> | <u>Alternate mediator:</u> |
|---|---|
| Jason Wallach<br>Name | Joel B. Weinberg<br>Name |
| Gipson Hoffman & Pancione<br>Firm name | Insolvency Services Group, Inc.<br>Firm name |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2014    Page 1    **F 702**

1901 Avenue of the Stars - 11th Floor
Address

Los Angeles, CA 90067
City, state, zip code

310-556-4660
Telephone

310-556-8945
Facsimile

jwallach@ghplaw.com
Email address

9107 Wilshire Boulevard, Suite 800
Address

Beverly Hills, CA 90210
City, state, zip code

310-385-0006
Telephone

310-385-0030
Facsimile

jweinberg@usisg.com
Email address

The attorneys for the parties are:

Attorney for Marc Toberoff:

Marc Toberoff
Name

Toberoff & Associates, P.C.
Firm name

23823 Malibu Road, Suite 50-363
Address

Malibu, CA 90265
City, state, zip code

(310) 246-3333
Telephone

(310) 246-3101
Facsimile

mtoberoff@toberoffandassociates.com
Email address

Attorney for Julio Caro:

James R. Selth
Name

Weintraub & Selth
Firm name

11766 Wilshire Blvd., Suite 1170
Address

Los Angeles, CA 90025
City, state, zip code

(310) 207-1494
Telephone

(310) 442-0660
Facsimile

jim@wsrlaw.net
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2014*    Page 2    **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    - ☐ Objection to plan confirmation
    - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☒ Dischargeability

    Specify grounds: *Objection to discharge pursuant to 11 U.S.C. § 727(a)(2) and 727(a)(4) and Determination of Dischargeability of Debt pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), and 523(a)(6).*

8. ☐ Other. Please specify:_____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☒ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $_____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, (b) the original and (1) copy of a Notice of Entered Order and Service List, and (c) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2014*     Page 3     **F 702**

administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.  <u>If Order is prepared by the judge:</u>

(1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

(2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

(3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: June 25, 2015

Victoria S. Kaufman
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2014    Page 4    **F 702**

F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

SUBMITTED JOINTLY BY:

Date: 6-24-2015

Marc Toberoff
Printed name of party

_(signature)_
Signature of party

Date: 6-24-2015

Marc Toberoff
Printed name of party's attorney

_(signature)_
(Signature of party's counsel)

Date: June 23, 2015

Julio Caro
(Name of party)

_(signature)_
(Signature of party)

Date: 6-23-15

James R. Selth
(Name of party's counsel)

_(signature)_
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2014*                                                    Page 5                                                    **F 702**