United States Bankruptcy Court
Central District of California

Toberoff,
     Plaintiff

Caro,
     Defendant

Adv. Proc. No. 15-01039-VK

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: kogierC          Page 1 of 1          Date Rcvd: Jun 25, 2015
                             Form ID: pdf031         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2015.
dft            +Julio C Caro,   4711 Abbeyville Ave.,   Woodland Hills, CA 91364-3702
pla            +Marc Toberoff,   22337 Pacific Coast Highway #348,   Malibu, CA 90265-5030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2015                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2015 at the address(es) listed below:
              Amy L Goldman (TR)   gabriela.garcia@lewisbrisbois.com,  agoldman@ecf.epiqsystems.com
              James R Selth   on behalf of Interested Party   Courtesy NEF jim@wsrlaw.net,
               jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
              James R Selth   on behalf of Defendant Julio C Caro jim@wsrlaw.net,
               jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
              Marc Toberoff   on behalf of Plaintiff Marc  Toberoff mtoberoff@toberoffandassociates.com,
               tlamoureux@toberoffandassociates.com
              United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
                                                                    TOTAL: 5

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Marc Toberoff (CA State Bar No. 188547)<br>mtoberoff@toberoffandassociates.com<br>Timothy Lamoureux (CA State Bar No. 294048)<br>tlamoureux@toberoffandassociates.com<br>Toberoff & Associates, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 25 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Ogier      DEPUTY CLERK** |

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for*: Plaintiff, Marc Toberoff

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>JULIO CARO<br><br>Debtor(s) | CASE NO.: 1:14-bk-15561-VK<br>CHAPTER: 7<br>ADVERSARY NO: 1:15-ap-01039-VK |
| MARC TOBEROFF, an individual,<br><br>vs.<br><br>JULIO CARO, an individual,<br><br>Defendant(s) | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 6/17/2015<br>TIME: 1:30 PM<br>COURTROOM: 301<br>ADDRESS: 21041 Burbank Blvd, Woodland Hills, CA 91367 |

1.  A status conference took place on the date and time indicated above: June 17, 2015 at 1:30 p.m.

2.  Parties and counsel were present as reflected in the court record: Marc Toberoff of Toberoff & Associates, P.C. for Marc Toberoff and James R. Selth of Weintraub & Selth, APC for Julio Caro.

3.  This matter is disposed of as follows:

    a.  ☐ Continued to the following date for a further status conference:   *(date)* _____   *(time)* _____

    b.  ☒ A joint status report must be filed and served, including a judge's copy, by *(date)*: <u>10/21/2015</u>

    c.  ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

    d.  ☒ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: <u>10/5/2015</u>

    e.  ☐ The last date for pre-trial motions to be heard is *(date)*: _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                     Page 1                     **F 7016-1.2.ORDER.STATUS.CONF**

f.  ☒  The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: 9/18/2015

g.  ☐  A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* 10/21/2015    *(time)* _____

    ☐  No pre-trial stipulation or pre-trial order is required

h.  ☒  A pre-trial conference is set for *(date)* 11/4/2015        *(time)* 1:30 PM

    ☐  No pre-trial conference is required

i.  ☐  Estimate of time for trial *(specify number of hours)*: _____

j.  ☐  A trial is set for *(date)* _____    *(time)* _____

k.  ☐  The adversary proceeding is dismissed for failure to appear or prosecute
    ☐  with prejudice    ☐  without prejudice

l.  ☐  Notice of next status conference or pre-trial conference date is waived

m.  ☒  Other *(specify)*:

Deadline to complete one day of mediation: 9/25/2015

Deadline to complete and submit pretrial stipulation in accordance with Local Bankruptcy Rule 7016-1: 10/21/2015

###

Date: June 25, 2015

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.