United States Bankruptcy Court
Central District of California

Toberoff,
    Plaintiff

Adv. Proc. No. 15-01039-VK

Caro,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-1    User: pgarciaC    Page 1 of 1    Date Rcvd: Jun 25, 2015
                  Form ID: pdf031    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2015.
dft          +Julio C Caro,   4711 Abbeyville Ave.,   Woodland Hills, CA 91364-3702
pla          +Marc Toberoff,  22337 Pacific Coast Highway #348,   Malibu, CA 90265-5030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2015 at the address(es) listed below:
        Amy L Goldman (TR)    gabriela.garcia@lewisbrisbois.com, agoldman@ecf.epiqsystems.com
        James R Selth   on behalf of Interested Party    Courtesy NEF jim@wsrlaw.net,
        jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
        James R Selth   on behalf of Defendant Julio C Caro jim@wsrlaw.net,
        jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
        Marc Toberoff    on behalf of Plaintiff Marc  Toberoff mtoberoff@toberoffandassociates.com,
        tlamoureux@toberoffandassociates.com
        United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc Toberoff (CA State Bar No. 188547)<br>mtoberoff@toberoffandassociates.com<br>Timothy Lamoureux (CA State Bar No. 294048)<br>tlamoureux@toberoffandassociates.com<br>Toberoff & Associates, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101 | **FILED & ENTERED**<br><br>JUN 25 2015<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Pgarcia **DEPUTY CLERK** |
| *Attorney for* Plaintiff, MARC TOBEROFF | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>JULIO CARO<br><br>Debtor(s).<br><br>MARC TOBEROFF<br><br>Plaintiff(s),<br>vs.<br><br>JULIO CARO<br><br>Defendant. | CASE NO.:   1:14-bk-15561-VK<br><br>CHAPTER  7<br><br>ADVERSARY NO.:   1:15-ap-01039-VK<br><br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This <u>Adversary Proceeding</u>, Marc Toberoff v. Julio Caro,
    (Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| <u>Jason Wallach</u><br>Name | <u>Joel B. Weinberg</u><br>Name |
| <u>Gipson Hoffman & Pancione</u><br>Firm name | <u>Insolvency Services Group, Inc.</u><br>Firm name |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2014*                                    Page 1                                    **F 702**

<table>
<tr><td>

1901 Avenue of the Stars - 11th Floor
Address

Los Angeles, CA 90067
City, state, zip code

310-556-4660
Telephone

310-556-8945
Facsimile

jwallach@ghplaw.com
Email address

</td><td>

9107 Wilshire Boulevard, Suite 800
Address

Beverly Hills, CA 90210
City, state, zip code

310-385-0006
Telephone

310-385-0030
Facsimile

jweinberg@usisg.com
Email address

</td></tr>
</table>

The attorneys for the parties are:

| Attorney for Marc Toberoff: | Attorney for Julio Caro: |
|---|---|
| Marc Toberoff<br>Name | James R. Selth<br>Name |
| Toberoff & Associates, P.C.<br>Firm name | Weintraub & Selth<br>Firm name |
| 23823 Malibu Road, Suite 50-363<br>Address | 11766 Wilshire Blvd., Suite 1170<br>Address |
| Malibu, CA 90265<br>City, state, zip code | Los Angeles, CA 90025<br>City, state, zip code |
| (310) 246-3333<br>Telephone | (310) 207-1494<br>Telephone |
| (310) 246-3101<br>Facsimile | (310) 442-0660<br>Facsimile |
| mtoberoff@toberoffandassociates.com<br>Email address | jim@wsrlaw.net<br>Email address |

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2014*                                                         Page 2                                                                **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☒ Dischargeability

    Specify grounds: _Objection to discharge pursuant to 11 U.S.C. § 727(a)(2) and 727(a)(4) and Determination of Dischargeability of Debt pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), and 523(a)(6)._

8. ☐ Other. Please specify:_____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☒ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
    state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, (b) the original and (1) copy of a Notice of Entered Order and Service List, and (c) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_February 2014_                                Page 3                                **F 702**

administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.  <u>If Order is prepared by the judge:</u>

        (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

        (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

        (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

                                ###

Date: June 25, 2015

Victoria S. Kaufman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2014        Page 4        F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

SUBMITTED JOINTLY BY:

Date: 6-24-2015

Marc Toberoff
Printed name of party

_____
Signature of party

Date: 6-24-2015

Marc Toberoff
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: June 23, 2015

Julio Caro
(Name of party)

_____
(Signature of party)

Date: 6-23-15

James R. Selth
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2014    Page 5    F 702