1 | Marc Toberoff (CA State Bar No. 188547)
   *mtoberoff@toberoffandassociates.com*

2 | Timothy Lamoureux (CA State Bar No. 294048)
   *tlamoureux@toberoffandassociates.com*

3 | TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363

4 | Malibu, CA 90265
Telephone: (310) 246-3333

5 | Facsimile: (310) 246-3101

6 | Attorneys for Plaintiff MARC TOBEROFF

FILED & ENTERED

SEP 24 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier      DEPUTY CLERK

CHANGES MADE BY COURT

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| | |
|---|---|
| In re JULIO CARO | CASE NO:  1:14-bk-15561-VK |
| Debtor | CHAPTER 7 |
| _____ | ADV. PRO. NO.: 1:15-ap-01039-VK |
| MARC TOBEROFF, an individual, | |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE THE LAST DAY FOR DISCOVERY TO BE COMPLETED, CONTINUE THE DATE BY WHICH THE PRE-TRIAL STIPULATION MUST BE FILED, AND CONTINUE THE PRE-TRIAL CONFERENCE** |
| vs. | |
| JULIO CARO, an individual, | |
| Defendant, | |
| _____ | |

Current Last Day For Discovery To Be Completed:

Date: October 19, 2015

Continued Last Day For Discovery To Be Completed:

Date: November 18, 2015

1

1  Current Date By Which The Pre-Trial Stipulation Must Be Filed:

2  Date: October 21, 2015

3  Continued Date By Which The Pre-Trial Stipulation Must Be Filed:

4  Date: December 2, 2015

5  Current Pre-Trial Conference Date:

6  Date: November 4, 2015

7  Continued Pre-Trial Conference Date:

8  Date: December 16, 2015

9

10  The Court, having considered the *Stipulation To Continue The Last Day*

11  *For Discovery To Be Completed, Continue The Date By Which The Pre-Trial*

12  *Stipulation Must Be Filed, And Continue The Pre-Trial Conference* reflected on

13  the docket as Docket # 22 and for good cause appearing:

14  **IT IS HEREBY ORDERED** that the last day for discovery to be

15  completed currently set for October 19, 2015 is continued to November 18,

16  2015, that the date by which the pre-trial stipulation must be filed currently set

17  for October 21, 2015 is continued to December 2, 2015, and that the pre-trial

18  conference currently set for November 4, 2015 is continued to *1:30 p.m. on*

19  *December 16, 2015.*

20  ###

21

22

23

Date: September 24, 2015

Victoria S. Kaufman
United States Bankruptcy Judge

24

25

26

27

28

2