**EJ-190**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Marc Toberoff / SBN 188547<br>Toberoff & Associates, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br><br>TEL NO.: 310-246-3333      FAX NO. (optional):<br>EMAIL ADDRESS*:* mtoberoff@toberoffandassociates.com<br>[X] ATTORNEY   [X] ORIGINAL JUDGMENT   [ ] ASSIGNEE<br>      FOR              CREDITOR              OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** US Bankruptcy Court

STREET ADDRESS:  21041 Burbank Boulevard

MAILING ADDRESS:

CITY AND ZIP CODE:  Woodland Hills, CA 91367

BRANCH NAME:  CDCA - San Fernando Valley Division

*FOR RECORDER'S USE ONLY*

| | |
|---|---|
| PLAINTIFF/PETITIONER:  Marc Toberoff | CASE NUMBER:<br>1:15-ap-01039-VK |
| DEFENDANT/RESPONDENT:  Julio Caro | |

| | |
|---|---|
| **APPLICATION FOR AND RENEWAL OF JUDGMENT** | *FOR COURT USE ONLY* |

[X] Original judgment creditor

[ ] Assignee of record

applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Marc Toberoff
   23823 Malibu Road, Suite 50-363
   Malibu, CA 90265

   [ ] Additional judgment creditors listed in Attachment 1.

2. Judgment debtor *(name and last known address):*
   Julio Caro
   711 Hill Street, Apt. C
   Santa Monica, CA

   [ ] Additional judgment debtors listed in Attachment 2.

3. Original judgment

   a. Case number *(specify):*  1:15-ap-01039-VK

   b. Entered on *(date):*  April 15, 2016

   c. Recorded:  Date:  April 15, 2016      County:  Los Angeles      Instrument No.:  Dkt. 43

      [ ] This judgment has been recorded in additional counties, listed in Attachment 3.

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] Renewal of money judgment
   a. Total judgment *(as entered or last renewed)* . . . . . . $  120,000.00
   b. Costs after judgment *(CCP 685.090)* . . . . . . . . . . . $  967.50
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . . . . . . . . $  120,967.50
   d. Credits to principal *(after credit to interest)* . . . . . . . . $  0.00
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . . . . . . . . . $  120,967.50
   f. Accrued interest remaining due per CCP 695.210(b) $  6,731.00
   g. Fee for filing renewal application . . . . . . . . . . . . . . . $  45.00
   h. **Total renewed judgment** *(add e, f, and g)* . . . . . . . $  **127,743.50**
   i. [ ] The amounts called for in a–h are different for each debtor.  These
      amounts are stated for each debtor on Attachment 5.

**Page 1 of 2**

**EJ-190**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Toberoff vs. Caro | 1:15-ap-01039-VK |

5. j.   The money judgment (*check all that apply*)

    (1) ☐ has a principal amount remaining unsatisfied of under $50,000 and is for a claim related to personal debt.

    (2) ☐ has a principal amount remaining unsatisfied of under $200,000 and is for a claim related to medical expenses.

    (3) ☐ relates to any other claims, including claims for personal debt or medical expenses that do not otherwise fit within (1) or (2).

> Note: A judgment against a natural person may be renewed only once, for five years from the date an application is filed, if the unsatisfied principal amount at the time of renewal is below $50,000 for personal debt claims or $200,000 for medical expense claims. This exception does not apply to debts incurred due to, or obtained by, tortious or fraudulent conduct, or judgments for unpaid wages, damages, or penalties owed to an employee. (Code Civ. Proc., §§ 683.110–683.120.)

6. ☒ Renewal of judgment for    ☐ possession.

                                            ☐ sale.

    a.  ☒ If judgment was not previously renewed, terms of judgment as entered:
Judgment was entered in favor of Plaintiff and against Defendant, in the sum of $120,000.00.

    b.  ☐ If judgment was previously renewed, terms of judgment as last renewed:

    c.  ☒ Terms of judgment remaining unsatisfied:
The judgment remains wholly unsatisfied. The full principal amount of $120,000.00, plus costs after judgment of $967.50, plus accrued post-judgment interest of $6,731.00, remains due and owing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   March 27, 2026

Marc Toberoff

| (TYPE OR PRINT NAME) | ► | (SIGNATURE OF DECLARANT) |
|---|---|---|

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

| Print this form | Save this form | Clear this form |
|---|---|---|